UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARIANE NADERZAD DEILMANN,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

Case No. 26-cv-03426-JSC

**PRETRIAL ORDER NO. 1: CASE SCHEDULE**

Upon review of the parties' joint case management conference statement (Dkt. No. 17), and in conformance with their stipulated schedule (Dkt. No. 22), the Court VACATES the September 16, 2026 initial case management conference and ORDERS the following deadlines:

| | |
|---|---|
| Defendant Provides Plaintiff with Administrative Record: | September 23, 2026 |
| Completion of Mediation: | November 30, 2026 |
| Defendant Files the Administrative Record: | December 11, 2026 |
| Simultaneous Opening Rule 52 Briefs: | January 15, 2027 |
| Simultaneous Responsive Rule 52 Briefs: | February 15, 2027 |
| Rule 52 Hearing: | March 11, 2027 at 11:00 a.m. |

This Order disposes of Docket No. 22.

**IT IS SO ORDERED.**

Dated: September 14, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California